**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1860**

HARRY T. LEWIS,

        Plaintiff - Appellant,

     v.

UNITED STATES GOVERNMENT; HONORABLE RICHARD M. GERGEL; STANLEY D. RAGSDALE,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  David C. Norton, District Judge.  (2:17-cv-00887-DCN)

Submitted:  November 21, 2017           Decided:  November 27, 2017

Before WYNN and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Harry T. Lewis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harry T. Lewis seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint seeking the return of property and the release of his sons from prison. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Lewis v. United States Gov't*, No. 2:17-cv-00887-DCN (D.S.C. July 12, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*